UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00549-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAIME GALLARDO-BAZZARA,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, December 8, 2010,** and responses to these motions shall be filed by **Wednesday, December 22, 2010.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will be set at a later date if necessary.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 10, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: November 10, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge