UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00549-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAIME GALLARDO-BAZZARA,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on December 14, 2010. Accordingly, the trial set for Monday, January 10, 2011 is hereby **VACATED.**  A Change of Plea hearing is set for **Thursday, February 10, 2011 at 2:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  December 15, 2010