UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00549-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAIME GALLARDO-BAZZARA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the Change of Plea hearing set for Thursday, February 10, 2011 at 2:00 p.m. is **moved to Thursday, February 10, 2011 at 2:30 p.m.**

      Dated:  February 9, 2011